1

2

3

4

5

6

**Entered on Docket
February 08, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

7

8

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  Secured Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION AS
TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET
MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE
FUNDING TRUST 2006-AR-3, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-AR3

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CLARYBEL FAJARDO ,<br><br>          Debtor(s). | Bankruptcy Case No. BK-S-09-30764-lbr<br>Chapter 7<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR-3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3'S ORDER TERMINATING AUTOMATIC STAY<br>Date:     January 19, 2010<br>Time:    10:30 a.m. |

1    A hearing on Secured Creditor Wells Fargo Bank, National Association as

2    Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., Bear Stearns

3    Mortgage Funding Trust 2006-AR-3, Mortgage Pass-Through Certificates, Series 2006-AR3's

4    Motion for Relief From the Automatic Stay came on regularly for hearing in the United States

5    Bankruptcy Court before the Honorable Linda B. Riegle, Michelle Abrams appearing on behalf

6    of Secured Creditor

7    The court having duly considered the papers and pleadings on file herein and

8    being fully advised thereon and finding cause therefor:

9    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

10    The automatic stay of 11 United States Code section 362 is hereby immediately

11    terminated as it applies to the enforcement by Movant of all of its rights in the real property

12    under the Note and Deed of Trust encumbering the real property commonly known as 5442

13    Cross Meadows Lane, Las Vegas, Nevada 89122 ("Real Property"), which is legally described

14    as:

15    LOT FOUR HUNDRED SIXTY-EIGHT (468) OF

16    COPPER CREEK UNIT NO. 3 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 126 OF

17    PLATS, PAGE 82 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,

18    NEVADA, AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED OCTOBER 19,

19    2005, IN BOOK 20051019, AS DOCUMENT NO. 01431.

20

21    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

22    its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

23    of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

24    prior to the foreclosure sale.  In the event that Movant and/or its foreclosure trustee provides at

25    least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

26    Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

27    Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

28    provide 7 days' notice to the Debtor(s).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED


_____          _____
JORGE L. SANCHEZ                          TIMOTHY S. CORY
DEBTOR(S) ATTORNEY                        TRUSTEE

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

1  ALTERNATIVE METHOD re: RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3  ☐    The court has waived the requirement of approval under LR 9021.

4  ☐    I certify that I have served a copy of this order with the motion, and no parties appeared

5  or filed written objections.

6  ☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have

7  delivered a copy of this proposed order to all counsel who appeared at the hearing, any

8

9  unrepresented parties who appeared at the hearing, and each has approved or disapproved the

10  order, or failed to respond, as indicated below [list each party and whether the party has

11  approved, disapproved, or failed to respond to the document]:

12  ☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to

13  all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,

14  and each has approved or disapproved the order, or failed to respond, as indicated below [list

15  each party and whether the party has approved, disapproved, or failed to respond to the

16  document]:

17

18  ☐    Approved.

19  ☐    Disapproved.

20  ☒    Failed to respond. – Debtor's Attorney/Trustee

21                                              ###

22  Submitted by:

23  /s/ JACQUE A. GRUBER
    4375 Jutland Drive, Suite 200
24  P.O. Box 17933
    San Diego, CA 92177-0933
25  (858) 750-7600
    NV Bar #11385
26  Attorney for WELLS FARGO BANK, NATIONAL
    ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS
27  OF STRUCTURED ASSET MORTGAGE INVESTMENTS
    II INC., BEAR STEARNS MORTGAGE FUNDING TRUST
28  2006-AR-3, MORTGAGE PASS-THROUGH CERTIFICATES,
    SERIES 2006-AR3